AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ruiz II, Rodolfo A. | Southern District of Florida | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

299 East Broward Boulevard
Chamber 205D
Fort Lauderdale, Florida 33301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Circuit Court Judge, Eleventh Judicial Circuit | State of Florida |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | State of Florida: Judicial Pension |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ruiz II, Rodolfo A. | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Circuit Court Judge, Eleventh Judicial Circuit, State of Florida, judicial salary | $52,525.35 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Cole, Scott & Kissane P.A., attorney salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | June 16-21, 2019 | Richmond, VA | Educational Seminar | Transportation, meals, hotel |
| 2. | Georgetown University Law Center | September 20-22, 2019 | Washington, DC | Educational Seminar | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ruiz II, Rodolfo A. | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navient | Student Loans | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ruiz II, Rodolfo A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking Account | A | Interest | K | T | | | | | |
| 2. Bank of America Savings Account | A | Interest | K | T | | | | | |
| 3. Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 4. GS Dynamic Municipal Income Fund Class P (GAJPX) | D | Dividend | M | T | Buy | 04/11/19 | M | | |
| 5. GS High Yield Municipal Fund Class P (GGLPX) | B | Dividend | K | T | Buy | 04/10/19 | K | | |
| 6. IShares Russell 1000 Growth ETF (IWF) | C | Dividend | K | T | Buy | 04/11/19 | K | | |
| 7. IShares Russell 1000 Value ETF (IWD) | B | Dividend | K | T | Buy | 04/11/19 | K | | |
| 8. IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 9. GS MSL & Energy Fund Class P (GAMPX) | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 10. SPDR DJ Wilshire Global Real Estate ETF Exchange Traded Fund (RWO) | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 11. IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 12. IShares Trust-IShares Currency Hedged MSCI EAFE ETC (HEFA) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 13. Vanguard FTSE Emerging Mkts ETF (VWO) | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 14. GS Tactical Tilt Overlay Fund Class P (GSLPX) | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 15. Wisdomtree International Equity Fund | A | Dividend | | | Sold | 04/10/19 | J | A | |
| 16. GS Concentrated Growth Fund Class P GS Concentrated Growth Fund | D | Dividend | | | Sold | 04/10/19 | K | D | |
| 17. GS Large Cap Value Fund Class P GS Large Cap Value Fund | D | Dividend | | | Sold | 04/10/19 | J | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ruiz II, Rodolfo A. | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ruiz II, Rodolfo A. | 05/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Rodolfo A. Ruiz II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544